Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
1550 Parkside Drive, Suite 260
Walnut Creek, California  94596
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff **State Farm Life Insurance Company**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>JANE LAUT and DOROTHY LAUT,<br><br>          Defendants. | Case No. CV13-07414-BRO (PLAx)<br><br>**STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL** |

     Having reviewed the Stipulation and Order re Entry of Judgment in Interpleader, Distribution of Proceeds and Dismissal executed by counsel for plaintiff State Farm Insurance Company ("State Farm") and defendant Dorothy Laut, and it appearing that State Farm has brought this action in interpleader against defendant Jane Laut and defendant Dorothy Laut, that this Court has jurisdiction of the parties and of the subject herein, that the default of defendant Jane Laut has previously been entered, and that good cause appears therefor,

///

///

///

///     CC: FISCAL

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. State Farm properly filed its Complaint in Interpleader herein, and that this is a proper cause for interpleader.

2. By reason of the death of David Laut (the "Decedent") on or about August 27, 2009, the total sum of $100,063.78 (the "Proceeds") became due and payable under State Farm's life insurance policy number LF-1575-9257 (the "Policy").

3. Having deposited the sum of $115,291.76 (representing the Proceeds plus interest) with the Clerk of this Court on or about October 7, 2013, State Farm and its agents be and hereby are released, discharged and acquitted of and from any liability of any kind or nature whatsoever with respect to David Laut's coverage under the Policy;

4. State Farm be and hereby is awarded the total sum of $6,110.00 for the attorneys' fees and costs it incurred in connection with this action, and the Clerk of the Court be and hereby is directed to pay that sum to State Farm, from and out of the funds deposited herein, by check made payable to "State Farm Life Insurance Company" and delivered via first class mail to State Farm's attorneys of record at the following address: 1550 Parkside Drive, Suite 260, Walnut Creek, California 94596;

5. The Clerk of the Court be and hereby is directed to pay the sum of $109,181.76 (plus any additional interest which may have accrued while the Proceeds were on deposit in the Court's registry) to defendant Dorothy Laut, from and out of the funds deposited herein, by check made payable to to "Dorothy Laut" and delivered via first class mail to defendant Dorothy Laut at the following address: 2121 Outsail Lane, Oxnard, California 93035.

6. Upon the entry of this Stipulated Judgment in Interpleader, and upon the Court's payment of the sums described in paragraphs 4 and 5, above, this matter will be concluded in its entirety, with each party bearing their own

attorneys' fees and costs not specifically awarded in this Stipulated Judgment in Interpleader.

**IT IS SO ORDERED.**

Dated:  January 15, 2014

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge